Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| REMEDIOS EVANGELISTA GUTIERREZ | ) Chapter 13 <br> ) <br> ) Case No.: 8:10-bk-10006-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301171** in the sum of **$ 13.33** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ORANGE COUNTY TAX COLLECTOR
    PO BOX 1438
    SANTA ANA, CA 90638

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1010006 | REMEDIOS EVANGELISTA GUTIERREZ<br>ACCT: 079-592-05.00 | Claim: 00009 | XXX-XX-7492 | 13.33 | 0.00 | 13.33 |
| | | TOTALS | | 13.33 | 0.00 | 13.33 |

REMEDIOS EVANGELISTA GUTIERREZ

BALANCE:  1,874.69    [0.00 27/00009]
SSN: XXX-XX-7492    SSN:
ACCT: 079-592-05.00    CASE: 1010006
PRINCIPAL:    13.33    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301171

Sep 09, 2011

VOID 90 DAYS FROM DATE

*********$13.33

PAY    Thirteen And 33 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301171⑈ ⑆061100790⑆ 0000005751862⑈